MILTON SCHNAIER, Respondent, *v.* THE ONWARD CONSTRUCTION COMPANY et al., Appellants, Impleaded with Others.

Reported below, 138 App. Div. 909.
(Argued November 14, 1910; decided November 22, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 22, 1908, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to foreclose a mechanic's lien; also a motion to dismiss an appeal from an order of said Appellate Division, entered June 8, 1910, affirming three intermediate orders in the action.

The motions were made upon the ground that the Court of Appeals had no jurisdiction to review the appeals.

*Milton Mayer* for motion.

*L. Laflin Kellogg* opposed.

Motions denied, with ten dollars costs.